TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00545-CV

Texas Department of Public Safety, Appellant

v.

Austin American-Statesman, Appellee

FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY, 

NO. 99-10546, HONORABLE PAUL R. DAVIS, JUDGE PRESIDING

PER CURIAM

 Appellee's motion to dismiss appeal in this cause filed in this Court on September 11,
1999, is hereby granted.

 It is so ordered this 11th day of September 1999.

Before Chief Justice Aboussie and Justices B. A. Smith and Yeakel

Filed: September 11, 1999

Do Not Publish